E-FILED
Monday, 20 March, 2006  10:53:56 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
MAR 1 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-40034 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 641 |
| FREIDA KAY CURRY, ) | |
| a/k/a FREIDA KAY WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (THEFT OF GOVERNMENT FUNDS)

Beginning in or about July 1992 and continuing until in or about January 2006, at East Moline, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**FREIDA KAY CURRY,
a/k/a FREIDA KAY WRIGHT,**

did knowingly steal, purloin and convert to her own use money in an amount exceeding $1,000.00 of the Social Security Administration, an agency of the United States namely, Supplemental Security Income benefit payments having a value of approximately $77,406, which were made to the defendant under two different social security numbers and to which the defendant knew she was not entitled.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

S/Foreperson

FOREPERSON

S/K. Tate Chambers



RODGER A. HEATON
UNITED STATES ATTORNEY
JBL