E-FILED
Friday, 07 April, 2006 08:33:29 AM
Clerk, U.S. District Court, ILCD

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.

Freida Kay Curry a/k/a Freida Kay Wright

East Moline, IL  61244

FILED
APR 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number:  06-40034

YOU ARE HEREBY SUMMONED to appear before the UNITED STATES DISTRICT COURT
at
211 19th Street, Rock Island, IL
on
Wed., 4/12/06 at 11:00am
before the
HONORABLE Magistrate Judge Thomas J. Shields

To answer a(n) Indictment charging you with a violation of Title **18**, United States Code, Section(s) **641**.

Brief description of offense:

Theft of Government Funds

DATE: 3/16/06

JOHN M. WATERS, CLERK

S/Denise Koester
────────────────────
BY: DEPUTY CLERK

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY:
S/Denise Koester
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 3/30/06

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) 04-06-06 |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: 1016 REBECCA AVE. CARBON CLIFF, ILLINOIS 61239

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
   Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 04-06-06          STEVEN DEATHERAGE
            Date                Name of United States Marshal

                                 *Wiegand* (signature)
                                (by) Deputy United States Marshal

Remarks: