# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>)<br>) CASE NO. **06-40034**<br>)<br>)<br>) |
| **Freida Kay Cury**<br>Defendant | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:15pm** on **Friday, 6/2/06 in Rock Island**.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, 6/26/06**

at

[  ] Peoria, Illinois

[X ] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 18th day of April, 2006

                                                             S/Thomas J. Shields
                                                             _____

                                                             THOMAS J. SHIELDS
                                                            U.S. MAGISTRATE JUDGE