E-FILED
Friday, 04 August, 2006  03:28:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 06-40034 |
| v. ) | **FILED** |
| ) | AUG 4 2006 |
| FREIDA KAY CURRY, a/k/a ) | |
| Freida Kay Wright, ) | JOHN M. WATERS, Clerk |
| ) | U.S. DISTRICT COURT |
| Defendant. ) | CENTRAL DISTRICT OF ILLINOIS |

## GOVERNMENT'S MOTION TO REMOVE CASE FROM TRIAL CALENDAR

COMES NOW the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and John K. Mehochko, Assistant United States Attorney, and files this Motion To Remove Case From Trial Calendar as to Defendant Freida Kay Curry, a/k/a Freida Kay Wright. In support of this motion, the government states as follows:

1. The United States of America and Defendant Freida Kay Curry, a/k/a Freida Kay Wright, have entered into an Agreement for Pretrial Diversion ("Agreement"), which is attached hereto as Exhibit A.

2. As reflected in the Agreement, the government has agreed to defer prosecution of Defendant Curry for twelve (12) months, provided that she abides by the terms of the Agreement. At the end of such twelve-month period, and as

- 1 -

outlined in the Agreement, the government will discharge Defendant Curry from any further prosecution in this matter, upon receiving a Pretrial Diversion Report that confirms that she has complied with the terms and conditions of her pretrial diversion supervision.

3. As part of the Agreement, the Defendant has waived her rights to a speedy trial and has agreed that any time that lapses from the date of the Agreement to formal prosecution shall be deemed necessary delay at the Defendant's request and will be excludable time for purposes of speedy trial requirements.

4. Accordingly, the United States of America hereby requests that the Court remove the case against Defendant Freida Kay Curry from the trial calendar.

WHEREFORE, the government respectfully requests that the Government's Motion to Remove Case From Trial Calendar be granted.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ John K. Mehochko
JOHN K. MEHOCHKO
Assistant United States Attorney
1830 2nd Ave., Third Floor
Rock Island, Illinois 61201
Telephone: 309-793-5884

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006, I caused a copy of the foregoing Government's Motion To Remove Case From Trial Calendar to be served, via hand delivery, upon the following: George F. Taseff, Assistant Federal Defender, 401 Main Street, Suite 1500, Peoria IL 61602.

/s/ John K. Mehochko
JOHN K. MEHOCHKO
Assistant U.S. Attorney