E-FILED
Wednesday, 26 September, 2007  04:20:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 06-40034 |
| vs. ) | |
| ) | |
| FREIDA KAY CURRY, ) | |
| a/k/a Freida Kay Wright, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT
### AGAINST FREIDA KAY CURRY

COMES NOW the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Jeffrey B. Lang Assistant United States Attorney, and files this Motion To Dismiss The Indictment Against Freida Kay Curry. In support of this motion, the government states as follows:

1.     The United States of America and Defendant Freida Kay Curry a/k/a Freida Kay Wright (hereafter referred to as "Curry") entered into an Agreement for Pretrial Diversion ("Agreement").  This Agreement was entered into following an Indictment filed against Curry on March 16, 2006 on one count of Theft Of Government Funds.

2.     As reflected in the Agreement, the government agreed to defer prosecution of Defendant Curry for twelve months, provided that she abided by the terms of the Agreement.  As outlined in the Agreement, the government agreed to discharge Defendant Curry from any further prosecution in this matter upon receiving a Pretrial Diversion Report that confirms that she has

complied with the terms and conditions of her pretrial diversion supervision. The United States Attorney's Office for the Central District of Illinois received a Certification of Completion of Pretrial Diversion Program on September 25, 2007, that confirms that Curry has complied with the conditions of her pretrial diversion supervision. In the Certification of Completion of Pretrial Diversion Program, the probation office recommends that prosecution of this case be discontinued. The United States Attorney's Office concurs with probation's recommendation. Curry's pretrial diversion agreement expired on August 4, 2007.

3. In accordance with paragraph B(8) of the Agreement, the United States of America hereby moves to dismiss the charge of Theft Of Government Funds against Defendant Curry and also requests that the Court terminate bond and pretrial supervision as to Defendant Curry.

**WHEREFORE**, the government respectfully requests that the Government's Motion To Dismiss The Indictment Against Freida Kay Curry be granted.

    Respectfully submitted,

    Rodger A. Heaton
    United States Attorney

BY:   /s/ Jeffrey B. Lang
    Jeffrey B. Lang
    Assistant United States Attorney
    1830 Second Avenue, Suite 320
    Rock Island, Illinois 61201
    Telephone (309)793-5884

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 26, 2007, I caused a copy of the foregoing Government's Motion To Dismiss The Indictment Against Freida Kay Curry to be served upon the following ECF participant:

George F. Taseff
401 Main St., Suite 1500
Peoria, IL 61602

/s/ Jeffrey B. Lang
Jeffrey B. Lang
Assistant United States Attorney

E-FILED
Wednesday, 26 September, 2007  04:22:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | Crim. No. 06-40034 |
| vs. )<br>) | |
| FREIDA KAY CURRY, )<br>a/k/a Freida Kay Wright, )<br>) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Government's Motion To Dismiss The Indictment Against Freida Kay Curry, with the Court being fully advised of the premises, it is hereby ORDERED that the single count of the March 16, 2006, Indictment against Freida Kay Curry, a/k/a Freida Kay Wright ("Curry") charging her with Theft Of Government Funds, is hereby DISMISSED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE