E-FILED
Friday, 28 September, 2007  08:33:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
SEP 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Crim. No. 06-40034
vs. )
)
FREIDA KAY CURRY, )
a/k/a Freida Kay Wright, )
)
Defendant. )

### ORDER

Upon consideration of the Government's Motion To Dismiss The Indictment Against Freida Kay Curry, with the Court being fully advised of the premises, it is hereby ORDERED that the single count of the March 16, 2006, Indictment against Freida Kay Curry, a/k/a Freida Kay Wright ("Curry") charging her with Theft Of Government Funds, is hereby DISMISSED.

DATED: Sept. 26, 2007

s/ Joe B. McDade
UNITED STATES DISTRICT JUDGE



SCANNED
DATE:_____ BY:_____